**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Pedro GALLEGOS–ROCHA,**
**Defendant—Appellant.**

**No. 11–10043.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 23, 2011.

Brian George Sardelli, Esquire, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

John Howard Messing, Tucson, AZ, for Defendant–Appellant.

Pedro Gallegos–Rocha, Milan, NM, pro se.

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument.

MEMORANDUM **

Pedro Gallegos–Rocha appeals from his guilty-plea conviction and 33–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gallegos–Rocha's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. The appellant has filed a pro se supplemental brief, and we grant appellee's motion to file a late answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We decline to address Gallegos–Rocha's claims of ineffective assistance of counsel on direct appeal as the record is insufficiently developed and his legal representation was not so inadequate that it can be concluded at this point that he obviously was denied his Sixth Amendment right to counsel. *See United States v. McKenna,* 327 F.3d 830, 845 (9th Cir.2003) ("Claims of ineffective assistance of counsel are generally inappropriate on direct appeal.").

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.